**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUL 23 AM 11: 14

CLERK_____
SO. DIST. OF GA.

CHRISTOPHER LEE AMERSON,

      Plaintiff,

      v.

MARTY ALLEN; CHRISTOPHER M.
CARR; and ELIZABETH SUTTON CLARK,

      Defendants.

CIVIL ACTION NO.: 6:17-cv-156

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 15), to which Plaintiff filed Objections, (doc. 16).[1]  In his Objections, Plaintiff asserts he does "not recall" having filed a previous cause of action in the Northern District of Georgia.  (Id. at pp. 1, 2.)  Instead, Plaintiff contends he only wrote letters to that court.

Based on the information at the Court's disposal, however, Plaintiff filed at least one cause of action prior to the filing of his Complaint in this case, and he failed to disclose this filing. See Compl., Amerson v. Unknown, 1:14-cv-03506 (N.D. Ga. Oct. 30, 2014), ECF No. 1. The Magistrate Judge correctly determined that Plaintiff's failure to disclose this filing represents a lack of candor with the Court.

The Court **OVERRULES** Plaintiff's Objections and, accordingly, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES without prejudice** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to

---

[1]  Plaintiff also filed a Letter and Declaration after the issuance of the Report and Recommendation. (Doc. 17.)  Nothing in this filing alters the Court's disposition of this cause of action.

**CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 23rd day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA