IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHRISTOPHER LEE AMERSON, | ) |
| Plaintiff - Appellee, | ) |
| vs. | ) Case No. CR6:17-156 |
| | ) USCA No. 18-14892-A |
| MARTY ALLEN, Warden at G.S.P., Individually and in Official Capacity, CHRISTOPHER M. CARR, Attorney General: (#112505), Individually and in Official Capacity, ELIZABETH SUTTON CLARK, Clerk #2667, Individually and in Official Capacity, | ) |
| Defendant - Appellant, | ) |

O R D E R

The judgment in the above-styled action having been DISMISSED for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit, is made the Judgment of this Court.

This ___7th___ day of ___March___, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA